IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-328 |
| | ) | |
| TYRONE BERNARD BULLOCK, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 1st day of September, 2011, IT IS HEREBY ORDERED that the Court's Order of Judgment, imposing sentence on the instant defendant on April 4, 2008, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of time served."

In all other aspects, the court's judgment of April 4, 2008 shall remain in full force and effect.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Federal Bureau of Prisons